12-CV-01965-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD FULTON, | CASE NO. C12-1965-JLR |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| ALLSTATE CORP., | |
| Defendant. | |

The Court has reviewed the entire record, including the application to proceed *in forma pauperis* (IFP), and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

1. This case is DISMISSED without prejudice for failure to prosecute, per LCR 41(b)(2);

2. Plaintiff's IFP application is DENIED as moot; and

/ / /

/ / /

/ / /

ORDER DISMISSING CASE WITHOUT PREJUDICE
PAGE -1

3.  A copy of this Order shall be mailed to plaintiff's last-known address. Additionally, the Clerk shall provide a copy to Judge Theiler.

DATED this 1ST day of March, 2013.

_____
JAMES L. ROBART
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE
PAGE -2